

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-095-CV

BARBARA J. LUTZ, DEBRA LUTZ,                                   APPELLANTS
AND BRUCE LUTZ

V.

LITTON LOAN SERVICING, LP AS                                       APPELLEE
SERVICING AGENT FOR RESIDENTIAL
FUNDING COMPANY, LLC, FORMERLY
KNOWN AS RESIDENTIAL FUNDING
CORPORATION

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1]  AND JUDGMENT

-----------

---

[1]*See* Tex. R. App. P. 47.4.

On April 1, 2010, April 13, 2010, and May 5, 2010, we notified appellant Barbara J. Lutz, in accordance with rule of appellate procedure 42.3(c), that we would dismiss her appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant Barbara J. Lutz has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant Barbara J. Lutz has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal of Barbara J. Lutz. *See* Tex. R. App. P. 42.3(c), 43.2(f). This case shall hereafter be styled "Debra Lutz and Bruce Lutz v. Litton Loan Servicing, LP as Servicing Agent for Residential Funding Company, LLC, formerly known as Residential Funding Corporation."

Appellant Barbara J. Lutz shall pay all costs of her appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: June 10, 2010

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).